```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 12561
    JILL L WILLIAMS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-3283


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 10/03/2006 and was confirmed 12/06/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

    The case was paid in full 05/07/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                PAID          PAID
--------------------------------------------------------------------------------
CONDOR CAPITAL CORP        SECURED                   .00           .00            .00
CONDOR CAPITAL CORP        UNSECURED      NOT FILED                .00            .00
WASHINGTON MUTUAL          CURRENT MORTG             .00           .00            .00
WASHINGTON MUTUAL          MORTGAGE ARRE             .00           .00            .00
A/R CONCEPTS               UNSECURED      NOT FILED                .00            .00
ALLIED INTERSTATE          NOTICE ONLY    NOT FILED                .00            .00
CBCS                       NOTICE ONLY    NOT FILED                .00            .00
B-LINE LLC                 UNSECURED         1234.77               .00       1234.77
HARRIS & HARRIS            NOTICE ONLY    NOT FILED                .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED          644.21               .00        644.21
SOUTH SUBURBAN HOSPITAL    UNSECURED      NOT FILED                .00            .00
SUBURBAN EMERGENCY PHY     UNSECURED      NOT FILED                .00            .00
JOHN C DENT                DEBTOR ATTY      2,671.00                         2,671.00
TOM VAUGHN                 TRUSTEE                                             321.84
DEBTOR REFUND              REFUND                                                 .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  4,871.82

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                       1,878.98
ADMINISTRATIVE                                  2,671.00
TRUSTEE COMPENSATION                              321.84
DEBTOR REFUND                                        .00
                         --------------      --------------
TOTALS                    4,871.82               4,871.82
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 06 B 12561 JILL L WILLIAMS

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 08/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 06 B 12561 JILL L WILLIAMS